# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| **ROBERT RAMOS,**  *Plaintiff*,  v.  **OSIX SAN ANTONIO PROPERTIES,**  *Defendant.* | Case No. 5:22-cv-00302-XR |

## JOINT NOTICE OF SETTLEMENT

Robert Ramos, Plaintiff, and Osix San Antonio Properties, Defendant, by their respective counsel, jointly notify the Court that they have reached a settlement in this matter. In light of the settlement, the parties request that the Court's order dated November 3, 2022 ordering the parties to submit a joint proposed scheduling order on or before November 10, 2022 be vacated. The parties further request that the Court allow them 30 days to file appropriate dismissal papers.

Dated: November 9, 2022            Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ K. Michael Sturgill*
　　　　　　　　　　　　　　　　　　MATTHEW SAPP
　　　　　　　　　　　　　　　　　　State Bar No. 24075016
　　　　　　　　　　　　　　　　　　K. MICHAEL STURGILL
　　　　　　　　　　　　　　　　　　State Bar No. 24075588
　　　　　　　　　　　　　　　　　　**SAPP & STURGILL, PLLC**
　　　　　　　　　　　　　　　　　　18756 Stone Oak Pkwy, #200
　　　　　　　　　　　　　　　　　　San Antonio, TX  78258
　　　　　　　　　　　　　　　　　　Telephone:  (469) 381-6833
　　　　　　　　　　　　　　　　　　matt@sappsturgill.como
　　　　　　　　　　　　　　　　　　mike@sappsturgill.com

**ATTORNEYS FOR PLAINTIFF**

-and-

*/s/ Abel Manji*
ABEL MANJI
State Bar No. 00784520
**HIRD, CHU, LAWJI & MANJI**
1470 First Colony Blvd, Suite 210
Sugar Land, Texas 77479
Tel: 281-565-4621
abelmanji@gmail.com

**ATTORNEYS FOR DEFENDANT**

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all counsel of record via the Court's ECF system this 9th day of November, 2022.

*/s/ K. Michael Sturgill*
K. Michael Sturgill

2