# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| **ROBERT RAMOS,** *Plaintiff*, v. **OSIX SAN ANTONIO PROPERTIES,** *Defendant.* | Case No. 5:22-cv-00302-XR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ROBERT RAMOS, ("**Plaintiff**"), joined herein by Defendant, OSIX SAN ANTONIO PROPERTIES, ("**Defendant**") hereby file this voluntary Stipulation of Dismissal pursuant to a Settlement Agreement, and request the Court dismiss this matter with prejudice, and in support thereof would respectfully show unto the Court as follows:

1. Plaintiff and Defendant have resolved all issues underlying the instant case.

2. Additionally, these parties move this Court to enter an Order discharging Defendants from any further liability to Plaintiff arising out of this proceeding.

3. The parties agree to the form of the attached Order and respectfully ask that it be signed by the Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant request that this Court enter an agreed Order dismissing all of Plaintiff's claims against Defendant with prejudice, and that all costs of Court be taxed against the party incurring same.

Dated: November 18, 2022

Respectfully submitted,

/s/ *K. Michael Sturgill*
K. Michael Sturgill
Texas Bar No: 24075588
Sapp & Sturgill, PLLC
18756 Stone Oak Pkwy, #200

1

San Antonio, Texas 75258
Telephone: 214-504-6318
Email: mike@sappsturgill.com
COUNSEL FOR PLAINTIFF


/s/ *Abel Manji*
Abel Manji
Texas Bar No: 00784520
HIRD, CHU, LAWJI & MANJI
1470 First Colony Blvd, Suite 210
Sugar Land, Texas 77479
Tel: 281-565-4621
abelmanji@gmail.com
COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing instrument was served pursuant to Rule 5 of the Federal Rules of Civil Procedure on the 18th day of November, 2022, upon the following counsel of record as set forth below:

<u>VIA CM/ECF SYSTEM and EMAIL</u>
Abel Manji
HIRD, CHU, LAWJI & MANJI
1470 First Colony Blvd, Suite 210
Sugar Land, Texas 77479
Tel: 281-565-4621
abelmanji@gmail.com

                                                   /s/ K. Michael Sturgill
                                                   K. Michael Sturgill
                                                   Date: November 18th, 2022